IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHANEY HORTON, *individually and for others similarly situated,* | ) ) ) ) 2:19-cv-01271-NR ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | |
| vs. | |
| RIGHT TURN SUPPLY, LLC | |
| Defendant. | |

## ORDER

AND NOW, this 23rd day of April, 2020, upon consideration of Plaintiff Chaney Horton's unopposed Motion to Approve Settlement [ECF 44], it is HEREBY ORDERED that the motion is GRANTED.

For the reasons stated in the Court's accompanying memorandum opinion, the Court finds that the parties' proposed settlement agreement [ECF 45-1] is a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act. Thus, to the extent such approval is required, the Court approves the settlement.

DATE: April 23, 2020               BY THE COURT:

/s/ *J. Nicholas Ranjan*
United States District Judge